# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LETITIA MOORE,

    Plaintiff,

                                                           Case No. 11-CV-13803-DT

v.

                                                           HONORABLE DENISE PAGE HOOD

CHASE HOME FINANCE, LLC, et al.,

    Defendants.

    _____/

## **JUDGMENT**

    This matter having come before the Court and pursuant to the Order dismissing the matter entered this date, accordingly,

    Judgment is entered in favor of Defendants and against Plaintiff.

                                                            DAVID J. WEAVER
                                                            CLERK OF COURT

Approved:                                               By: s/LaShawn Saulsberry
                                                             Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED:  February 29, 2012
Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon Letitia Moore, 20001 Salisbury, St. Clair Shores, MI 48080 and  counsel of record on February 29, 2012, by electronic and/or ordinary mail.

                                      S/LaShawn R. Saulsberry
                                      Case Manager