UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LETITIA MOORE,

    Plaintiff,

v.

CHASE HOME FINANCE, LLC, et al.,

    Defendants.
    _____/

Case No. 11-CV-13803-DT

HONORABLE DENISE PAGE HOOD

## JUDGMENT

This matter having come before the Court and pursuant to the Order dismissing the matter entered this date, accordingly,

    Judgment is entered in favor of Defendants and against Plaintiff.

                  DAVID J. WEAVER
                  CLERK OF COURT

Approved:                          By: s/LaShawn Saulsberry
                                     Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED:  February 29, 2012
Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon Letitia Moore, 20001 Salisbury, St. Clair Shores, MI 48080 and counsel of record on February 29, 2012, by electronic and/or ordinary mail.

                S/LaShawn R. Saulsberry
                Case Manager